NO. 07-00-0270-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL C

NOVEMBER 12, 2001

______________________________

GLENDA JOHNSON, AS NEXT

FRIEND OF C.C., A MINOR CHILD, APPELLANT

CHILDREN’S HOME OF LUBBOCK

AND FAMILY SERVICE AGENCY, INC., A/K/A 

CHILDREN’S HOME OF LUBBOCK, INC., INTERESTED PARTY

V.

INSURANCE COMPANY OF EVANSTON, APPELLEE

_________________________________

FROM THE 99
TH
 DISTRICT COURT OF LUBBOCK COUNTY;

NO. 98-503,381; HONORABLE MACKEY K. HANCOCK, JUDGE

_______________________________

Before QUINN and REAVIS and JOHNSON, JJ.

On October 30, 2001, the appellant filed an unopposed Motion to Dismiss Appeal averring that the parties have resolved the issues and agree that the appeal should be dismissed.

Without passing on the merits of the case, the appellant’s unopposed Motion to Dismiss Appeal is granted and the appeal is hereby dismissed.  Tex. R. App. P. 42.1(a)(1).  No order pertaining to costs is hereby made as all costs have been paid.  Having dismissed the appeal at the appellant’s request and because the appellee is not opposed to such a request,  no motion for rehearing will be entertained and our mandate will issue forthwith. 

Phil Johnson

    Justice

Do not publish.